# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

148104 & (18)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SPENCER GRADY-RONNELL WILLIAMS,
    Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148104
COA: 314833
Wayne CC: 09-029211-FC

_____/

On order of the Court, the application for leave to appeal the October 8, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



Clerk

p0324